IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RANDAL GORDON and NICOLE
BOBB, H/W,

   Plaintiffs,

  v.

TIMOTHY N. TURNER, *et al.*,

   Defendants.

No. 4:25-CV-01875

(Chief Judge Brann)

**ORDER**

**APRIL 22, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS**

**HEREBY ORDERED** that:

1. Defendants', Buffalo Township, Buffalo Township Board of Supervisors, Paul Haines, Todd Oberdorf, and Glenn Troup, Motion to Dismiss (Doc. 58) is **GRANTED IN PART AND DENIED IN PART**;

2. Defendants', Central Keystone COG and Rodney D. Neitz, Motion to Dismiss (Doc. 59) is **GRANTED IN PART AND DENIED IN PART**;

3. Defendants', Rachel Turner, Timothy N. Turner, Motion to Dismiss (Doc. 67) is **GRANTED IN PART AND DENIED IN PART**;

4.    Specifically, the Court holds the following as to each count challenged in the three motions to dismiss:

    i.  Count I—labeled as "Violation of the 5th and 14th Amendments" in the Amended Complaint—is dismissed in without prejudice as to each defendant it is brought against. Further, the request for punitive damages in Count I is dismissed without prejudice as to the individual defendants, but dismissed with prejudice as to the governmental entities;

    ii.  Count II—labeled as "Violation of the Pa Real Estate Disclosure law" in the Amended Complaint—is dismissed with prejudice as to Mr. and Ms. Turner;

    iii.  Count III—labeled as "Breach of Contract" in the Amended Complaint—is dismissed with prejudice as to Ms. Turner;

    iv.  Count IV—labeled as "Fraud (Misrepresentation)" in the Amended Complaint—is dismissed without prejudice as to Mr. and Ms. Turner;

    v.  Count VI—labeled as "Civil Conspiracy to Defraud" in the Amended Complaint—is dismissed without prejudice as to all defendants;

vi. Count VIII—labeled as "Mandamus Action" in the Amended Complaint—is dismissed with prejudice;

5.      Plaintiffs will be granted leave to amend all counts that have not been dismissed with prejudice;

6.      Plaintiffs are also granted leave to add a claim under Pennsylvania's Unfair Trade Practices and Consumer Protection Law;

7.      Plaintiffs will be given twenty-eight days from today's date to file an amended complaint.


                        BY THE COURT:


                        *s/ Matthew W. Brann*
                        Matthew W. Brann
                        Chief United States District Judge

3